UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARIA CAMPOS

     v.                                                                  CA 13-216 ML

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY

<u>MEMORANDUM AND ORDER</u>

       This matter is before the Court on Plaintiff's objections to a Report and Recommendation

issued by Magistrate Judge Sullivan on May 15, 2014. Essentially, Plaintiff argues that the

Administrative Law Judge ("ALJ") and the Magistrate Judge erred in not giving greater weight

to the opinions of Nurse Reposa and Doctor Ellison. This Court finds that both the ALJ and the

Magistrate Judge properly applied the law to these opinions. Accordingly, this Court adopts the

Report and Recommendation.

       Plaintiff's Motion to Reverse (Docket #12) is DENIED and the Commissioner's Motion

for an Order Affirming the Decision of the Commissioner is GRANTED.

SO ORDERED:

<u>/s/ Mary M. Lisi</u>
Mary M. Lisi
United States District Judge
June 2, 2014